UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-46626 |
|---|---|
|    GEORGE LAWRENCE PETITT | (Chapter 13) |
|    ROSE MARIE PETITT | |
| Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4072040**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | GEORGE LAWRENCE PETITT & ROSE MARIE PETITT<br>581 N MAPLE ST<br>ELDORADO, OH  45321 | 1.03 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/12/2011

Certificate of Service     05-46626

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| GEORGE LAWRENCE PETITT<br>ROSE MARIE PETITT<br>581 N MAPLE ST<br>ELDORADO, OH  45321 | LESTER R THOMPSON<br>1340 WOODMAN DR<br>DAYTON, OH  45432 | (119.1n)<br>GREGORY A STOUT<br>801 WEST JEFFERSON STREET<br>LOUISVILLE, KY  40202 |

(132.1n)
PRA RECEIVABLES MANAGEMENT
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     sv